**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **COMTECH AEROASTRO, INC.,**<br><br>       **Plaintiff,**<br><br>v.<br><br>**SIERRA NEVADA CORPORATION, PATRICIA DAVIS REMIAS, and CRAIG GRAVELLE**<br><br>       **Defendants.** | Case No. 1:10-cv-00517-AJT-JFA<br><br>**STIPULATION OF DISMISSAL<br><u>WITH PREJUDICE</u>** |

      **IT IS HEREBY STIPULATED** by Plaintiff, by and through undersigned counsel, that the above captioned matter and all claims and counterclaims filed and/or to be filed in connection with it, be and are hereby voluntarily dismissed with prejudice and without fees or costs to any party.

      PROSKAUER ROSE LLP

      /s/
      Todd Bitner Castleton (VSB No. 40237)
      Brendon M. Tavelli (VSB No. 73468)
      1001 Pennsylvania Avenue NW, Suite 400 South
      Washington, D.C. 20004
      Tel. 202.416.6800/Fax 202.416.6899
      tcastleton@proskauer.com
      btavelli@proskauer.com

      and

      John P. Barry, Esq.
      One Newark Center, 18th Floor
      Newark, New Jersey 07102
      Tel. 973.274.3200/Fax 973.274.3299
      *Counsel for Plaintiff Comtech AeroAstro, Inc.*

**SO ORDERED**, this
_____ day of July, 2010.

      The Honorable Anthony J. Trenga
      United States District Judge